In the Matter of SPRING VALLEY WATER WORKS AND SUPPLY COMPANY et al., Petitioners, v. HAROLD G. WILM et al., Constituting the Water Power and Control Commission of the State of New York, Respondents. VILLAGE OF NYACK, Intervenor-Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.